AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

DONALD EVANS, IV,

      Petitioner,        JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:17-cv-00003-MMD-WGC**

WARDEN R. BAKER, et al.,

      Respondents.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** this action will be dismissed without prejudice to the filing of a new petition in a new action with a properly completed pauper application.
    **IT IS FURTHER ORDERED** that a certificate of appealability is denied.

   January 18, 2017                             **DEBRA K. KEMPI**
                                                                             Clerk

                                                                    /s/ D. R. Morgan
                                                                      Deputy Clerk